```
 1  McDONALD ADRAS, LLC.
    RICHARD S. SMALL, ESQ.
 2  Nevada State Bar No. 7183
    601 South Seventh Street
 3  Las Vegas, Nevada  89101
 4  (702) 385-7227
 5
 6                    UNITED STATES DISTRICT COURT
 7                        DISTRICT OF NEVADA
 8
 9  JIHAD ANTHONY ZOGHIEB,           )
10                                    )
              Plaintiff,              )
11                                    )    Case No.:   2:12-CV-00788
    vs.                               )
12                                    )
    CLARK COUNTY NEVADA; CLARK COUNTY )
13  DISTRICT ATTORNEY'S OFFICE; DAVID J.)
    ROGER individually and in his capacity as )
14  former Clark County District Attorney, DEPUTY)
15  DISTRICT ATTORNEY, MICHAEL V.     )
    STAUDAHER, PETER S. CHRISTIANSEN; )
16  CHRISTIANSEN LAW OFFICES; TNA VEGAS,)
    LLC; DAVID THISTLE individually; AND )
17  LLOYD NEHER indvidually, AND DOES I )
18  THROUGH XX AND ROE CORPORATIONS I )
    THROUGH XX INCLUSIVE,             )
19                                    )
              Defendant.               )
20                                    )
21                      SUBSTITUTION OF ATTORNEYS
22
23       JIHAD ANTHONY ZOGHIEB, Plaintiff herein, hereby substitutes RICHARD S.
24  SMALL, ESQ., with McDONALD ADRAS, LLC., located at 601 South Seventh Street, Las
25  Vegas, Nevada, 89101, (702) 385-7227, as attorney of record in place and stead of JOHN
26  W. MUIJE, ESQ.
27
28  DATED: 9/20/2012                          _____
                                              JIHAD ANTHONY ZOGHEIB
```

1 | I consent to the above substitution.

2 | DATED: __9-20-2012__         _____
3 |                               JOHN W. MUIJE, ESQ.

4 | I am duly admitted to practice in this District, I accept the above substitution, and I
5 | have been retained by the Plaintiff.

6 | DATED: __9/20/12__            _____
7 |                               RICHARD S. SMALL, ESQ.

8 |

9 |                               APPROVED:
10 |
11 |
12 | DATED: _____      _____
13 |                               UNITED STATES DISTRICT JUDGE

- 2 -