1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7   JIHAD ANTHONY ZOGHEIB,                    )
8                              Plaintiff,      )      Case No. 2:12-cv-00788-MMD-PAL
                                              )
9   vs.                                        )
                                              )      **ORDER**
10  CLARK COUNTY, NEVADA, et al.,              )
                                              )      (Substitution of Counsel - Dkt. #6)
11                            Defendants.      )
    _____)
12
13           This matter is before the court on a Substitution of Attorneys (Dkt. #6).  It seeks to substitute
14  Richard S. Small in the place and stead of John W. Muije as counsel for Plaintiff Jihad Anthony
15  Zogheib.  LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court
16  and shall bear the signature of the attorneys and the client represented.  It provides that the signature of
17  an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial
18  proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also
19  provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings,
20  discovery, the trial, or any hearing in this case."  Plaintiff filed the Complaint (Dkt. #1) on May 11,
21  2012, and has not yet effected service on the Defendants.  The Clerk of Court entered a Notice (Dkt.
22  #5), advising Plaintiff this action would be dismissed unless the Complaint was served and proof of
23  service was filed with the Clerk.
24           Having reviewed and considered the matter, and good cause appearing,
25           **IT IS ORDERED** that Plaintiff Anthony Zogheib's request to substitute Richard S. Small in the
26  place and stead of John W. Muije is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).
27           Dated this 24th day of September, 2012.
28
                                                    _____
                                                    PEGGY A. LEEN
                                                    UNITED STATES MAGISTRATE JUDGE