# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIHAD ANTHONY ZOGHEIB,

                Plaintiff,

vs.

CLARK COUNTY, NEVADA, et al.,

                Defendants.

Case No. 2:12-cv-00788-MMD-PAL

**ORDER**

(Substitution of Counsel - Dkt. #6)

This matter is before the court on a Substitution of Attorneys (Dkt. #6). It seeks to substitute Richard S. Small in the place and stead of John W. Muije as counsel for Plaintiff Jihad Anthony Zogheib. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff filed the Complaint (Dkt. #1) on May 11, 2012, and has not yet effected service on the Defendants. The Clerk of Court entered a Notice (Dkt. #5), advising Plaintiff this action would be dismissed unless the Complaint was served and proof of service was filed with the Clerk.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Plaintiff Anthony Zogheib's request to substitute Richard S. Small in the place and stead of John W. Muije is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 24th day of September, 2012.

                                              _____
                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE